UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER PREISS,<br><br>                Plaintiff,<br>    v.<br><br>BNSF RAILWAY COMPANY,<br><br>                Defendant. | CASE NO. 2:23-cv-01476-TL<br><br>ORDER ON SCHEDULING |

This matter comes before the Court on Plaintiff's Motion to Amend Scheduling Order, which Plaintiff filed on September 19, 2024. Dkt. No. 30. Having reviewed the relevant record, the Court ORDERS as follows:

    **(1)**    The Court GRANTS Plaintiff's Motion to Extend the Deadline for his Expert Disclosures (Dkt. No. 30) and DIRECTS Plaintiff to make his expert disclosures no later than October 15, 2024.

    **(2)**    The Court DIRECTS the Parties to file a proposed case schedule for all other remaining deadlines, beginning with the deadline for disclosure of rebuttal of

expert testimony (currently October 3, 2024), through a trial-ready date. The Parties shall also include their availability for alternate trial dates through 2025.

Dated this 30th day of September 2024.

Tana Lin
United States District Judge